The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYHILLAU FRIEL,<br><br>                Plaintiff,<br>   v.<br><br>TRAVELERS INSURANCE COMPANY, a Texas corporation,<br><br>                Defendants. | Case No. 2:23-cv-00130-TL<br><br>**STIPULATION TO CORRECT CAPTION IN COMPLAINT; IDENTIFY TRUE NAMES OF PARTIES AND ORDER THEREON** |

The following Stipulation and Order is entered by and between Plaintiff Wayhillau Friel (Plaintiff) and Defendant Travelers Commercial Insurance Company (Travelers).

### I.    STIPULATION

WHEREAS on October 11, 2022, Plaintiff filed a Complaint naming Defendant Travelers Insurance Company.

Travelers desires to enter into this stipulation to correct the Complaint and all pleadings filed thereafter, to identify the Defendant's true corporate name.

IT IS HEREBY STIPULATED by and between the parties that the true and proper name of Defendant, originally named as TRAVELERS INSURANCE COMPANY, a Texas corporation, shall be corrected as TRAVELERS COMMERCIAL INSURANCE COMPANY, a foreign insurer.

1   Accordingly, the parties respectfully request that the caption and the clerk's docket be
2   corrected to reflect the true name of the Defendant as noted herein above.

3

4   DATED this 23rd day of February, 2023.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
emcgraw@letherlaw.com
*Counsel for Travelers Commercial Insurance Company*


_____
David L. Mann, WSBA #50577
The Ledger Law Firm, PC
147 7th Avenue West
Kirkland, WA 98033 US
(800) 610-6255
*Attorney for Plaintiff*

STIPULATION TO CORRECT CAPTION IN COMPLAINT;
IDENTIFY TRUE NAME OF PARTIES AND ORDER
THEREON – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## ORDER

The Parties having so stipulated (Dkt. No. 13) and good cause appearing, it is hereby ORDERED that the docket be corrected to reflect that the true name of Defendant TRAVELERS INSURANCE COMPANY, a Texas corporation, shall be corrected as TRAVELERS COMMERCIAL INSURANCE COMPANY, a foreign insurer. The Court DIRECTS the Clerk of the Court to correct the docket to reflect Defendant's true name.

IT IS SO ORDERED.

Dated this 24th day of February 2023.

_____
Tana Lin
United States District Judge

**CERTIFICATE OF SERVICE**

STIPULATION TO CORRECT CAPTION IN COMPLAINT;
IDENTIFY TRUE NAME OF PARTIES AND ORDER
THEREON – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

2         The undersigned hereby certifies under the penalty of perjury under the laws of the State

3   of Oregon that on this date I caused to be served in the manner noted below a true and correct

4   copy of the foregoing on the following party(ies):

5       David L. Mann
    The Ledger Law Firm, PC
6       147 7th Avenue West
    Kirkland, WA 98033 US
7       (800) 610-6255
    *Attorney for Plaintiff*
8

9   **By:**    [ ] **First Class Mail**    [X] **E-Service/Email**

10      DATED this 23rd day of February, 2023 at Seattle, Washington.

11

12                             *s/ Jessica Bowman*
                           Jessica Bowman | Paralegal
13

14

15

16

17

18

19

20

21

22

23

STIPULATION TO CORRECT CAPTION IN COMPLAINT;
IDENTIFY TRUE NAME OF PARTIES AND ORDER
THEREON – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544