UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAUHILLAU FRIEL,<br><br>        Plaintiff,<br>  v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a foreign insurer,<br><br>        Defendant. | CASE NO. 2:23-cv-00130-TL<br><br>ORDER ON STIPULATION OF DISMISSAL |

    Based on the stipulation of the Parties (Dkt. No. 18) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the matter is DISMISSED with prejudice and without an award of fees or costs to any party.

    Dated this 24th day of April 2023.

Tana Lin
United States District Judge

ORDER ON STIPULATION
OF DISMISSAL - 1